CRIMINAL DOCKET U.S. District Court | Mo | Day | Yr | Docket No.
| PO | 0539 | 05 3925 | | | 92 | 00369 | 01 |
| Misd. | | Disp/Sentence 3975 | | | | | |
| Felony X | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | 01 | U.S. MAG. CASE NO. |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. N.G. |
|---|---|---|---|
| 18:1344 & 2 | Bank fraud. Ct. 1 (August 1986 thru April 1987) | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: arrest / sum'ns / custody / appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE **8-28-92** APPLICABLE: Indictment filed/unsealed / consent to Magr. trial on complaint / X Information / X Felony W/waiver

KEY DATE **8·28·92** — a) 1st appears on pending charge /R40  b) Receive file R20/21  c) Supsdg Indt Inf  d) Order New trial  e) Remand  f) G/P Withdrawn

END INTERVAL TWO — KEY DATE **8-28-92** APPLICABLE: Dismissal / Pled ✓guilty (After N.G.) / Nolo (After nolo) / Trial (voir dire) began / Jury / N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD / Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 8-28-92 | 12-7-92 | | |

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

INITIAL APPEARANCE DATE
PRELIMINARY EXAMINATION or REMOVAL HEARING: Date Scheduled / Date Held
WAIVED / NOT WAIVED / Tape Number
INTERVENING INDICTMENT

OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

G-1
N-1

RULE  20  21  40  In  Out

## IV. ATTORNEYS / NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

U.S. Attorney or Asst.

Robert L. Webster    AUSA.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD  7 ☐ CD

atty for Dft 3/14/96

Tracey Sheehan
100 Twiggs Blvd.
TAMPA, FL  33602

E. Patrick Buntz
Cohen, Jayson & Foster
201 E. Kennedy Blvd.
Ste. 1700, P O Box 172538
Tampa Florida 33672

Cnsl for E.F. Hutton 10/14/92
Kenneth R. Wynne           &
Mark Maney
2730 Texas Commerce Tower
Houston, Texas  77002-2913

Gary D. Wilson
Thomas F. Connell
Wilmer, Cutler & Pickering
2445 M. Street, N.W.
Washington, D.C.  20037-1420

BAIL • RELEASE

PRE-INDICTMENT
Release Date
Bail Denied / Fugitive / Pers. Rec.
AMOUNT SET  $ / PSA
Conditions
Date Set / 10% Dep. / Surety Bnd
Bail Not Made / Collateral
Date Bond Made / 3rd Prty / Other

POST-INDICTMENT
Release Date
Bail Denied / Fugitive / Pers. Rec.
AMOUNT SET  $ / PSA
Conditions
Date Set / 10% Dep. / Surety Bnd
Bail Not Made / Collateral
Date Bond Made / 3rd Prty / Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE DOCUMENT NO. | Yr | Docket No | V. PROCEEDINGS | | VI. EXCLUDABLE DELAY | | | LETTER CO |
|---|---|---|---|---|---|---|---|---|
| | | | (OPTIONAL) Show last names of defendants | | Start Date / End Date | Ltr Code | Total Days | |
| 1992 | | | | | | | | |
| Aug 28 | | | INFORMATION. | gs | | | | |
| | | | WAIFER OF ~~INDICTMENTXXX~~ SPEEDY TRIAL. | gs | | | | |
| | | | CONSENT TO FILE. | gs | | | | |
| | | | PLEA AGREEMENT. | gs | | | | |
| | | | FACTUAL RESUME. | gs | | | | |
| Sep 21 | | | WAIVER OF INDICTMENT. | gs | | | | |
| | | | M.E. Deft. sworn. PA & FR FILED. Deft pled guilty. Sentencing set for 11/30/92. Deft in custody. | gs | | | | |
| | | | ~~NOTICE AND MOTION FOR REJECTION OR, ALTERNATIVELY, POSTPONEMENT OF ACCEPTING ANY PLEA OF GUILTY BY THE DEFENDANT.(E.F. Hutton)~~ STRICKEN PER ORDER 12/7/92 | gs | | | | |
| Sep 22 | | | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...** PSI due by October 26, 1992 and objections or written statment adopting PSI due by 11/9/92. If objects. then addendum is due by 11/16/92 and objections to Addendum due by 11/23/92 and sentencing will be on 11/30/92.<br>  Dist 9/22  dkt 9/28                            JK/gs. | | | | | |
| Sep 28 | | | GOVERNMENT'S MOTION TO STRIKE FROM THE RECORD THE NOTICE AND MOTION FOR REJECTION OR, ALTERNATIVELY, POSTPONEMENT OF ACCEPTING ANY PLEA OF GUILTY BY THE DEFENDANT FILED BY SHEARSON LEHMAN BROTHERS. | gs | | | | |
| Oct 1 | | | TRANSCRIPT OF PLEA OF GUILTY  BEFORE THE HONORABLE JOE KENDALL U.S. District Judge on September 21, 1992. | gs | | | | |
| Oct 14 | | | OPPOSITION TO MOTION TO STRIKE. (E.F. Hutton) | | | | | |
| **Oct 26** | | | **MOTION TO CHANGE SENTENCING DATE.** | dh | | | | |
| Oct 27 | | | **AMENDED SCHEDULING ORDER FOR SETNENCING UNDER LOCAL RULE 10.9 (GUIDELINES SETENCING)...** PSI due by 10/26/92 and objections or written statement adopting PSI due by 11/9/92; if objections then addendum is due by 11/16/92; objections to addendum due by 11/23/92 and setnencing will be on 12/7/92.<br>  Dist/dkt 10/29/92.                           JK/gs | | | | | |
| Nov 4 | | | ORDER...Scheduling Order for sentencing filed 10/27/92 is VACATED. Presentence Report must be disclosed and delivered by 11/27/92, and sentencing set for 12/7/92 at 9 AM.<br>  Dist 11/5/92  dkt 11/5/92                    JK/mjl | | | | | |
| Dec 3 | | | GOVERNMENT'S SENTENCING MEMORANDUM. | mjl | | | | |
| Dec 7 | | | SENTENCING MEMORANDUM. (Dft) | mjl | | | | |
| Dec 7 | | | **ORDER**...granting Government's motion to strike Notice and Motion for Rejection or, alternatively, Postponement of accepting any plea of guilty by the defendant filed by Shearson Lehman Brothers.<br>  Dist & dkt 12/10/92                           mjl | | | | | |

SEE NEXT PAGE / CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs  ROBERT A. LEVIN

3;92-CR-369-X (01)

AO 256A    Page 3

| DATE 1992 | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) (b) (c) (d) |
|---|---|---|
| Dec 7 | M.E. DEFT. SENTENCED.    JK/dh | |
| Dec 10 | JUDGMENT IN A CRIMINAL CASE ... deft. sentenced on the 1 count information to 5 years probation with 3 special conditions - #1 that deft. pay a fine in the sum of $10,000.00 at a monthly rate of $300 to US dist. Clerk, to commence in 60 days until the fine is paid in full.. pay $50 MSA.  dkt'd 12/14/92    JK/dh<br>copies to counsel,pt.,prob.,marshal & EV | |
| Dec 14 | TRANSCRIPT OF PLEA OF GUILTY AND SENTENCING BEFORE THE HONORABLE JOE KENDALL UNITED STATES DISTRICT JUDGE ON December 7, 1992 9:00  Ct Reporter Cox    mr | |
| Dec 28 | MOTION FOR TRAVEL OUTSIDE THE UNITED STATES. (Deft) mjl (NOD) | |
| Dec 28 | ORDER GRANTING MOTION FOR TRAVEL OUTSIDE THE UNITED STATES...Deft Levin is authorised to travel to Mexico for business purposes, upon notice and approval of his Probation Officer in Florida.<br>Dist & dkt 12/29/92    JK/mjl | |
| 1996 | | |
| 3/14 | Dft's Unopposed Motion for Early Termination of of Probation    1h | |
| 3/14 | Motion to Appear Pro Hac Vice atty E. Patrick   1h<br>Buntz of Cohen Jayson & Foster, 201 E. Kennedy Blvd., Suite 1700, P O Box 172538, Tampa Florida<br>(813) 225-1655    1h | |
| 3/29/96 | ORDER granting Unopposed Motion for Early Termination<br>dkt/dist 4-1-96    JK/lch | |
| 3/25/96 | ORDER granting leave for E. Patrick Buntz to appear pro hac vice in this case.  dkt/dist 3-26-96  JK/lh | |